IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW, | No. C 14-2669 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS; DENYING APPOINTMENT OF COUNSEL** |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | (Docket Nos. 2,3,5) |

Petitioner, a California prisoner, has filed a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See Barrow v. Gonzales*, Case No. C 10-1521 JSW (PR). A second or successive petition may not be filed in this Court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly DISMISSED without prejudice to refiling if Petitioner obtains the necessary order.

Petitioner's application for leave to proceed in forma pauperis in the instant case (docket numbers 2, 3) is GRANTED in light of Petitioner's lack of funds. His motion for appointment of counsel is DENIED (docket number 2) without prejudice to

Petitioner's seeking such appointment in the Court of Appeals in connection with his request to proceed with a second or successive petition.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: August 8, 2014

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAEKUBIAN A BARROW,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV14-02669 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raekubian A. Barrow 064351-0
Atascadero State Hospital
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: August 8, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk